AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America<br>v.<br>TIM LEISSNER,<br><br>*Defendant* | )<br>)  Case No.<br>)<br>)   18M514<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   TIM LEISSNER                                                                                       ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Violate the Foreign Corrupt Practices Act, in violation of T. 18, U.S.C., § 371, and Money Laundering Conspiracy, in violation of T. 18, U.S.C., § 1956(h).

Date:   06/07/2018

                                                                                   *Issuing officer's signature*

City and state:   Brooklyn, New York                                Hon. S_____

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____
                                                                            *Arresting officer's signature*

                                                                            *Printed name and title*