

U.S. Department of Justice

United States Attorney
Eastern District of New York

AS:JMK:DGR　　　　　　　　　　　　　　　*271 Cadman Plaza East*
F. #2016R00467　　　　　　　　　　　　　*Brooklyn, New York 11201*

November 7, 2018

By Hand and ECF

The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

　　　　　　　Re:　United States v. Tim Leissner
　　　　　　　　　　Criminal Docket No. 18-439 (MKB)

Dear Judge Brodie:

　　　　The government respectfully submits this letter in response to the letter motion filed by counsel for The New York Times Company on November 5, 2018, seeking to unseal the transcript of the August 28, 2018 guilty plea entered by the defendant Tim Leissner in the above-captioned matter. For the reasons set forth in a separate submission filed today under seal, the government consents to the unsealing of a redacted version of the transcript of the

defendant's guilty plea. The government has conferred with counsel for the defendant and they join in this request.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By: /s/
Jacquelyn M. Kasulis
Drew G. Rolle
Assistant U.S. Attorneys
(718) 254-7000

/s/
Jennifer E. Ambuehl
Woo S. Lee
Mary Ann McCarthy
Trial Attorneys
Criminal Division, Money Laundering and
Asset Recovery Section
U.S. Department of Justice

/s/
Katherine A. Nielsen
Nikhila Raj
Trial Attorneys
Criminal Division, Fraud Section
U.S. Department of Justice

cc: Robert O'Neill, Esq. (Counsel to the defendant) (by e-mail)
Al-Amyn Sumar, Esq. (Counsel to The New York Times Company) (by e-mail)
David McCraw, Esq. (Counsel to The New York Times Company) (by e-mail)