# Exhibit A

Hon. Chief Judge Margo K. Brodie
United States District Chief Judge
225 Cadman Plaza East
Brooklyn, NY 11201

May 8, 2025

**Dear Honorable Chief Judge Brodie,**

I write to you with a heavy heart.

It has been a long and difficult seven years leading to the moment of my upcoming sentencing. I'm grateful for the opportunity to write to you ahead of that day. While I cannot undo the past or the mistakes I made, I have grown as a human being—and that growth, I believe, came only through the severity of my fall. In my case, it was a catastrophic crash, one that cost me nearly everything I held dear: my career, my marriage, and, most painfully, the precious time I lost with my elderly parents and my beloved children.

When I committed the crimes that brought me before you, I was 42 and 43 years old. I am now 55. And for the majority of that time, I have lived under effective confinement, not just physically but emotionally and morally, confronting the consequences of my actions every day. I have changed profoundly and irreversibly.  I was arrested in June seven years ago. For four of those years, I wore an ankle monitor and was subject to curfews and strict travel restrictions—initially confined to New York and Los Angeles, later extended to include Dallas, which still applies to this day. I cooperated with the government throughout this time, first covertly, and later publicly following my guilty plea. I testified against extremely powerful individuals, including senior government officials from Abu Dhabi, Malaysia, and China, where Jho Low—the fugitive central to this case—remains at large. I understood the risks of speaking out. ████████████ ████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ espite this, I chose to speak the truth. I knew I had played a role in a complex and damaging conspiracy, and I was determined to do my part to expose it.

I have spent years trying to understand my crime, and to come to terms with what I had done.  I have come to understand that my ambition stemmed from a deeper, unresolved pain, a black hole. ████████████████████████████████████████████ ████████████████ That trauma left a hole in me, one I tried to fill with achievement. I had a relentless drive to succeed, to prove myself.  I chased recognition at Goldman Sachs. I dreamed of becoming a partner, and when I achieved that in 2006, it still wasn't enough. I needed to be the best, a hero on Wall Street. For a brief time, the 1MDB deals gave me that feeling. Then came my fall.

Over these past seven years, I have come to understand the irreplaceable value of time. I've watched my parents age and children grow from afar. I can only Facetime them daily, I have deprived my children their right to time with me as a parent and to be there for my parents. I have missed many chances to be with them on important times due to my travel restriction. The birthdays, holidays, graduations, when they got sick - most of these crucial moments will never be replaced. I cannot explain the pain and ████████████████████████████████████████████████████████ ██████████████████████████████████████████, or justify to my youngest son asking me why he is not able to see more of me. No parent wants to see his child suffer due to their own doing. The undisputable truth is that no professional accolade can outweigh the anguish of missing those I love most. Their absence in my daily life has left a wound louder than any words can describe.

For these seven years, I have worked diligently with the government to help unravel the 1MDB scheme. I sat for countless proffers, participated in covert operations, and spent 10 days on the stand testifying in the Roger Ng trial. That process laid bare my entire life—publicly and painfully. Reporters dissected every detail, broadcasting the most salacious parts across the globe. I stood exposed, fully vulnerable. I accepted that, as I did the forfeiture of one of my greatest professional achievements—my investment in Celsius Holdings. I was proud to have helped build that company from $15 million in annual revenue in 2015 to over $1.5 billion today. At one point, my stake was valued at $1 billion. I gave it up, because it was the right thing to do.

Your Honor, I know how terrible my crime was.  In the process of telling the government and the world about 1MDB I have had to publicly face the fact that I helped steal billions of dollars not just from individuals, but from an entire nation. I know that whatever punishment Your Honor imposes, it is my cross to bear.  All I seek to do now, is devote my time to what matters the most – my family, my children and my parents as every available second is becoming more valuable.  I am dedicated to them. They have borne the weight of my absence, and I long to give them the time, love, and presence they deserve.  With time, I would dedicate myself wholly to healing the wounds I created.

With deep humility and respect, I thank you for taking the time to read my letter.

Sincerely,

Tim Leissner